428 A.2d 1340

**In the Interest of William SHAW, a minor.**

Supreme Court of Pennsylvania.

Argued April 29, 1981.

Decided May 11, 1981.

Cynthia M. Weaver, Asst. Public Defender, Stuart Wilder, Doylestown, for appellant.

Stephen B. Harris, First Asst. Dist. Atty., Michael S. Goodwin, Doylestown, William D. Ford, Chief Juvenile Officer, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

Appeal dismissed as having been improvidently granted.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.